**Order entered November 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01143-CV

### CLINTON ADAMS, Appellant

### V.

### CITY OF DALLAS, TEXAS, Appellee

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-00321-B**

## ORDER

We **GRANT** appellee's unopposed motion for extension of time to file brief and

**ORDER** the brief be filed no later than December 29, 2014.


/s/     CRAIG STODDART
          JUSTICE